509 A.2d 1262

**In re Samuel LEOPARDI and Georgia Leopardi, his wife.**

**Petition of James BARNESS and Linda Barness.**

Supreme Court of Pennsylvania.

June 6, 1986.

Petition for Allowance of Appeal GRANTED, No. 47 W.D. Appeal Docket 1986.

509 A.2d 1263

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Dennis Allen BRIGGS, Respondent.**

Supreme Court of Pennsylvania.

June 11, 1986.

Petition for Allowance of Appeal GRANTED, No. 48 W.D. Appeal Docket 1986.